FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: MAY 29 2020

JAMES N. HATTEN, Clerk

By: s/Cynthia Mercado
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

RONG SUN A/K/A VICKY SUN

Case No.

3:20-CR-00005

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States Magistrate Judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The Magistrate Judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States District Judge or a United States Magistrate Judge.

I consent to being tried before a United States Magistrate Judge, and I waive my rights to trial, judgment, and sentencing by a United States District Judge.

_____
Defendant's signature

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

_____
Defendant's signature

The United States consents to the jury-trial waiver: _____
Government representative's signature

Christopher J. Huber
Government representative's printed name and title

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

_____
Defendant's signature

Paul Kish
Printed name of defendant's attorney (if any)

_____
Signature of defendant's attorney (if any)

Date: _____    Approved by: _____
                                              Magistrate Judge's Signature