FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: MAY 29 2020

JAMES N. HATTEN, Clerk

By: s/Cynthia Mercado
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RONG SUN a/k/a VICKY SUN | WAIVER OF APPEARANCE<br><br>Criminal Action No.<br><br>3:20-CR-00005 |

I, Rong Sun a/k/a Vicky Sun, understand that I have the right to be physically present for my guilty plea set for May 29, 2020. I have requested that the plea hearing proceed by video conference and I knowingly and voluntarily waive this right and consent to proceed by video conference pursuant to Federal Rule of Criminal Procedure 43(b)(2).

_____
Rong Sun a/k/a Vicky Sun
Defendant

_____
Paul Kish
Counsel for Defendant

Before _____
Judicial Officer